

**ROBERT A. GORDON**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In Re:

**ARCHIE VERNON VEALE**  |  Case No. **17-10243-RAG**
**SIERRA LEONNE VEALE**  |  Chapter 13
       Debtor(s)  |

### ORDER GRANTING TRUSTEE'S MOTION TO
### DISALLOW ABANDONED CLAIM

      Before the Court is the motion of Nancy Spencer Grigsby, Chapter 13 Trustee ("Trustee"), to disallow the claim filed on behalf of **Ditech Financial, LLC** ("Claimant"), filed on **April 4, 2017,** transferred to **FHLMC VPC 198746 c/o Shellpoint Mortgage Servicing** on **July 17, 2017,** transferred to **New Penn Financial, LLC dba Shellpoint Mortgage Servicing** on **July 18, 2017,** transferred to **Association as Trustee of Bungalow Series III Trust c/o SN Servicing Corp.** on **August 2, 2018,** and then transferred to **U.S. Bank, NA c/o SN Servicing Corporation** ("Claimant") on **February 6, 2019,** in the amount of $**112,484.53** with an arrearage of $**21,290.46** (the "Claim"). Having considered the objection, and after opportunity for a hearing, sufficient cause appearing, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

      **ORDERED**, that the Trustee's motion is hereby granted, and the pre-petition arrears claim is hereby reduced to the amount paid, and the balance of the secured claim is hereby disallowed, subject, however, to the right of the claimant to file a proof of claim for any deficiency within 30 days after the entry of this Order, or within any Court-authorized extension, or within the time set as a bar date if the case is or has been converted to another chapter of the Bankruptcy Code.

Cc:
David L. Ruben   sue@mdbankruptcycenter.com, lindsay@rubenlaw.com
*Counsel for Debtor(s)*

Gene Jung    gene.jung@brockandscott.com, mdecf@brockandscott.com, wbecf@brockandscott.com, cecily.perry@brockandscott.com
*Counsel for New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing*

Mark David Meyer    bankruptcy@rosenberg-assoc.com
*Counsel for Ditech Financial LLC*

Joshua Welborn    bankruptcymd@mwc-law.com, bankruptcymd@ecf.inforuptcy.com
*Counsel for U.S. Bank Trust, NA*

Nancy Spencer Grigsby    grigsbyecf@ch13md.com
*Chapter 13 Trustee*

Sierra Leonne Veale
1509 Kennewick Road
Baltimore, MD 21218
*Debtor(s)*

Ditech Financial, LLC fka Green Tree Servicing LLC
Attn: Andrew Kussmaul
PO Box 6154
Rapid City, SD 57709
*Creditor's Address on Claim*

Ditech Financial, LLC fka Green Tree Servicing LLC
Attn: Andrew Kussmaul
PO Box 0049
Palatine, IL 60055
*Creditor's Address on Claim*

Shellpoint Mortgage Servicing
Attn: Padma Vaghela
PO Box 10675
Greenville, SC 29603
*Creditor's Address on Transfer of Claim*

New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing
Attn: Padma Vaghela
PO Box 10675
Greenville, SC 29603
*Creditor's Address on Transfer of Claim*

SN Servicing Corp.
Attn: Donna Davis
323 5th Street
Eureka, CA 95501
*Creditor's Address on Transfer of Claim*

U.S. Bank Trust, NA
c/o SN Servicing Corporation
Attn: D. Anthony Sottile
323 Fifth Street
Eureka, CA 95501
*Creditor's Address on Transfer of Claim*

SN Servicing Corp.
323 Fifth Street
PO Box 35
Eureka, CA 95502
*Creditor's Correspondence Address*

The Prentice-Hall Corporation System
7 St Paul Street, Suite 820
Baltimore, MD 21202
*Resident Agent for SN Servicing Corporation*

*No Resident Agent Found for Shellpoint Mortgage Servicing*

CSC-Lawyers Incorporating Service Company
7 St Paul Street, Suite 820
Baltimore, MD 21202
*Resident Agent for New Penn Financial, LLC*

The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093
*Resident Agent for Ditech Financial LLC*

The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093
*Resident Agent for U.S. Bank, NA*

*Via certified mail*
Mr. Richard K. Davis, CEO
U.S. Bank, N.A.
800 Nicollet Mall
BC-MN-H210
Minneapolis, MN 55402
*Officer of U.S. Bank, N.A.*

**END OF ORDER**